Douglas HORN, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 79750.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 19, 2002.

Mark A. Grothoff, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Assistant Attorney General, Jefferson City, MO, for respondent.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR., J., and CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

Movant, Douglas Horn, appeals from the judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We previously affirmed Movant's convictions for possession of a controlled substance with intent to distribute and attempt to manufacture a controlled substance. *State v. Horn*, 5 S.W.3d 518 (Mo.App. E.D.1999). He now contends his trial counsel provided ineffective assistance.

Having reviewed the briefs of the parties and the record on appeal, we conclude

the motion court did not clearly err. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).